Brent R. Baker (5247)
Aaron D. Lebenta (10180)
Jonathan D. Bletzacker (12034)
**CLYDE SNOW & SESSIONS**
201 South Main Street, Suite 1300
Salt Lake City, UT 84111
Telephone: 801-322-2516
Facsimile:  801-521-6280
Email:  brb@clydesnow.com
            adl@clydesnow.com
            jdb@cldyesnow.com

## IN THE UNITED STATES DISTRICT COURT
### District of Utah, Central Division

| | |
|---|---|
| ALPINE SECURITIES CORPORATION, a Utah corporation, SCOTTSDALE CAPITAL ADVISORS, an Arizona corporation<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br>Defendant. | **MOTION FOR PRO HAC VICE ADMISSION AND CONSENT OF LOCAL COUNSEL**<br><br><br>Case No. 2:18-cv-00504-CW<br><br>Judge Clark Waddoups |

Pursuant to D.U. Civ Rule 83-1.1(d), I move the admission of Maranda E. Fritz as pro hac vice counsel for Alpine Securities Corporation and Scottsdale Capital Advisors (collectively referred to as "Plaintiffs") and consent to serve as local counsel. The application for pro hac vice admission is attached as Exhibit A to this motion, with an Electronic Case Filing Registration Form, and the proposed order for the admittance as Exhibit B, and the admission fee, if required, has been paid to the court with the submission of this motion.

Dated: June 22, 2018                             */s/ Brent R. Baker*
                                                                Signature of local counsel