# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ALPINE SECURITIES CORPORATION, a Utah corporation, SCOTTSDALE CAPITAL ADVISORS, an Arizona corporation<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br>Defendant. | **ORDER FOR PRO HAC VICE ADMISSION**<br><br><br>Case No. 2:18-cv-00504-CW |

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for the admission pro hac vice of Maranda E. Fritz in the United States District Court, District of Utah in the subject case is GRANTED.


Dated: this_____day of_____, 20_____.


_____
U.S. District Judge