Amy J. Oliver (8785)
olivera@sec.gov
Attorney for Defendant
Securities and Exchange Commission
351 South West Temple, Suite 6.100
Salt Lake City, Utah 84101
Tel.  801-524-5796
Fax: 801-524-3558

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ALPINE SECURITIES CORPORATION, a Utah corporation, and SCOTTSDALE CAPITAL ADVISORS, an Arizona corporation,<br><br>PLAINTIFFS,<br><br>v.<br><br>SECURITIES AND EXCHANGE COMMISSION,<br><br>DEFENDANT. | **[PROPOSED] ORDER GRANTING MOTION FOR EXTENTION OF TIME**<br><br>Case No.:  2:18cv00504-CW<br><br>Judge: Clark Waddoups |

Based upon the agreement of the parties and good cause appearing,

    IT IS HEREBY ORDERED that the deadline for Defendant to file a response to the Plaintiffs' Motion for Preliminary Injunction  (Docket No. 6), which was set for July 6, 2018, is extended to July 13, 2018.

    DATED this \_\_\_\_ day of July 2018.

                                                    BY THE COURT:

                                                    _____
                                                    CLARK WADDOUPS
                                                    District Court Judge