IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ALPINE SECURITIES CORPORATION, a Utah corporation, and SCOTTSDALE CAPITAL ADVISORS, an Arizona corporation,<br><br>    PLAINTIFFS,<br><br>v.<br><br>SECURITIES AND EXCHANGE COMMISSION,<br><br>    DEFENDANT. | ORDER GRANTING MOTION FOR EXTENTION OF TIME<br><br>Case No.:  2:18-cv-00504<br><br>Judge Clark Waddoups |

Based upon the agreement of the parties and good cause appearing,

IT IS HEREBY ORDERED that the deadline for Defendant to file a response to the Plaintiffs' Motion for Preliminary Injunction (ECF No. 6), which was set for July 6, 2018, is extended to July 13, 2018.

DATED this 2nd day of July 2018.

BY THE COURT:

_____
Clark Waddoups
United States District Judge