Matthew S. Ferguson (*Pro Hac Vice*)
fergusonma@sec.gov
Senior Counsel
U.S. Securities and Exchange Commission
100 F Street NE
Mail Stop 9612 SP1
Washington, DC  20549
Tel. 202-551-3840

Amy J. Oliver (8785)
olivera@sec.gov
Daniel J. Wadley (10358)
wadleyd@sec.gov
U.S. Securities and Exchange Commission
351 South West Temple, Suite 6.100
Salt Lake City, Utah 84101
Tel.  801-524-5796

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ALPINE SECURITIES CORPORATION, a Utah corporation, SCOTTSDALE CAPITAL ADVISORS, an Arizona corporation,<br><br>PLAINTIFFS,<br><br>v.<br><br>UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>DEFENDANT. | Case No. 2:18-cv-00504-CW<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT U.S. SECURITIES AND EXCHANGE COMMISSION**<br><br>Judge Clark Waddoups |

Pursuant to DUCivR 83-1.1(d)(1), notice is hereby given of the appearance of Matthew S. Ferguson as counsel for the United States Securities and Exchange Commission in the above-

entitled action. I hereby acknowledge my obligation and agreement to abide by the Utah Rules of Professional Conduct and Civility as outlined in subsection (g) of DUCivR 83-1.1.

Pursuant to Fed. R. Civ P. 5(b), all further notice and copies of pleadings, papers and other material relevant to this action should be directed to and served upon:

>    Matthew S. Ferguson
>    fergusonma@sec.gov
>    Senior Counsel
>    U.S. Securities and Exchange Commission
>    100 F Street NE
>    Mail Stop 9612 SP1
>    Washington, DC  20549
>    Tel. 202-551-3840

Dated:  July 2, 2018.

>    Respectfully submitted,
>
>    /s/  Matthew S. Ferguson
>    Matthew S. Ferguson
>    Attorney for Defendant
>    U.S. Securities and Exchange Commission

CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of July, 2018, I caused to be served the foregoing **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT U.S. SECURITIES AND EXCHANGE COMMISSION** to the following parties entitled to service by the means indicated below:

VIA EMAIL

Brent R. Baker
Aaron D. Lebenta
Jonathan D. Bletzacker
**CLYDE SNOW&SESSIONS**
One Utah Center
201 South Main Street, Suite 1300
Salt Lake City, Utah 84111-2216
Email: brb@clydesnow.com
adl@clydesnow.com
jdb@clydesnow.com

Maranda E. Fritz (*Pro Hac Vice Pending*)
**THOMPSON HINE**
335 Madison Avenue, 12th Floor
New York, New York 10017-4611
Email: Maranda.Fritz@thompsonhine.com

Counsel to Plaintiffs

/s/  Matthew S. Ferguson
Matthew S. Ferguson
Attorney for Defendant
U.S. Securities and Exchange Commission