Matthew S. Ferguson (*Pro Hac Vice*)
fergusonma@sec.gov
Senior Counsel
U.S. Securities and Exchange Commission
100 F Street NE
Mail Stop 9612 SP1
Washington, DC  20549
Tel. 202-551-3840

Amy J. Oliver (8785)
olivera@sec.gov
Daniel J. Wadley (10358)
wadleyd@sec.gov
U.S. Securities and Exchange Commission
351 South West Temple, Suite 6.100
Salt Lake City, Utah 84101
Tel.  801-524-5796

Attorneys for Defendant
United States Securities and Exchange Commission

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ALPINE SECURITIES CORPORATION, a Utah corporation, and SCOTTSDALE CAPITAL ADVISORS, an Arizona corporation,<br><br>PLAINTIFFS,<br><br>v.<br><br>SECURITIES AND EXCHANGE COMMISSION,<br><br>DEFENDANT. | **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR STAY**<br><br>Case No.:  2:18cv00504-CW<br><br>Judge: Clark Waddoups |

Based on the arguments and submissions of the parties, and for good cause appearing,

2

IT IS HEREBY ORDERED that further proceedings in this action are STAYED pending resolution of Defendant's motion in the U.S. District Court for the Southern District of New York to enjoin Plaintiffs from further prosecuting this case, including any available appeal(s) therefrom.

The parties shall file a status report with this Court within seven (7) days of the New York district court's ruling.

DATED this _____ day of July 2018.

BY THE COURT:

_____
CLARK WADDOUPS
District Court Judge