Matthew S. Ferguson (*Pro Hac Vice*)
fergusonma@sec.gov
Senior Counsel
U.S. Securities and Exchange Commission
100 F Street NE
Mail Stop 9612 SP1
Washington, DC  20549
Tel. 202-551-3840

Amy J. Oliver (8785)
olivera@sec.gov
Daniel J. Wadley (10358)
wadleyd@sec.gov
U.S. Securities and Exchange Commission
351 South West Temple, Suite 6.100
Salt Lake City, Utah 84101
Tel. 801-524-5796

Attorneys for Defendant
United States Securities and Exchange Commission

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ALPINE SECURITIES CORPORATION, a Utah corporation, and SCOTTSDALE CAPITAL ADVISORS, an Arizona Corporation,<br><br>PLAINTIFFS,<br><br>v.<br><br>SECURITIES AND EXCHANGE COMMISSION,<br><br>DEFENDANT. | **DEFENDANT'S NOTICE OF EXPEDITED BRIEFING SCHEDULE IN RELATED MATTER**<br><br>Case No.:  2:18cv00504-CW<br><br>Judge: Clark Waddoups |

Defendant United States Securities and Exchange Commission provides notice of an

order establishing an expedited briefing schedule for its Motion to Enjoin Prosecution in *United*

*States Securities and Exchange Commission v. Alpine Securities Corp.*, 17-cv-4179-DLC (S.D.N.Y.) ("SDNY Action").  In its Motion for Stay of Proceedings before this Court (Dkt. 15), the Commission explained that, on July 3, 2018, it had filed a motion in the SDNY Action to enjoin Alpine Securities Corporation and Scottsdale Capital Advisors from further prosecuting the suit here under the "first-filed rule."  Def.'s Mot. for Stay of Proceedings, Dkt. 15, at 6.  A copy of the Motion to Enjoin in the SDNY Action was attached as Exhibit 7 to the Motion for Stay of Proceedings in this matter.  Dkt. 15-8.

On July 4, 2018, the court in the SDNY Action issued an Order setting a briefing schedule for the Motion to Enjoin Prosecution.  Order, SDNY Action, Dkt. 134, attached as <u>Exhibit 1</u>.  The Order directs Alpine to file any opposition to the July 3, 2018 Motion to Enjoin Prosecution by Monday, July 9, 2018, at noon.  Order, Ex. 1, at 1.  It directs the Commission to file any reply by Wednesday, July 11, 2018, at noon.  *Id.*

Notice is provided to inform the Court of developments in the SDNY Action that may be relevant here.

Dated:  July 5, 2018.

                                               Respectfully submitted,

                                               /s/  Matthew S. Ferguson
                                               Matthew S. Ferguson
                                               Attorney for Defendant
                                               U.S. Securities and Exchange Commission

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of July, 2018, I caused the **DEFENDANT'S NOTICE OF EXPEDITED BRIEFING SCHEDULE IN RELATED MATTER** to be served to the following parties entitled to service by the means indicated below:

VIA ECF

Brent R. Baker
Aaron D. Lebenta
Jonathan D. Bletzacker
**Clyde Snow & Sessions**
brb@clydesnow.com
adl@clydesnow.com
jdb@clydesnow.com
Attorneys for Plaintiffs

VIA Email

Maranda E. Fritz
**Thompson Hine**
Maranda.Fritz@thompsonhine.com
Attorney for Plaintiffs

/s/  Matthew S. Ferguson