Matthew S. Ferguson (*Pro Hac Vice*)
fergusonma@sec.gov
Senior Counsel
U.S. Securities and Exchange Commission
100 F Street NE
Mail Stop 9612 SP1
Washington, DC 20549
Tel. 202-551-3840

Amy J. Oliver (8785)
olivera@sec.gov
Attorney for Defendant
Securities and Exchange Commission
351 South West Temple, Suite 6.100
Salt Lake City, Utah 84101
Tel.  801-524-5796
Fax: 801-524-3558

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ALPINE SECURITIES CORPORATION, a Utah corporation, and SCOTTSDALE CAPITAL ADVISORS, an Arizona Corporation,<br><br>PLAINTIFFS,<br><br>v.<br><br>SECURITIES AND EXCHANGE COMMISSION,<br><br>DEFENDANT. | **SECOND MOTION FOR EXTENSION OF TIME**<br><br>Case No.:  2:18cv00504-CW<br><br>Judge: Clark Waddoups |

Defendant the Securities and Exchange Commission, by and through its counsel of record, respectfully moves for an additional extension of time within which to respond to plaintiffs' Motion for Preliminary Injunction (Dkt. No. 6).  On July 2, 2018, this Court extended the Commission's deadline to respond to that motion to and including July 13, 2018.  Order, Dkt.

No. 13.  On July 11, the U.S. District Court for the Southern District of New York issued an order enjoining both plaintiffs from prosecuting this action until after any appeal(s) from the final judgment in *SEC v. Alpine Securities Corp.*, No. 17-cv-4179 (S.D.N.Y.) (the "SDNY Action") have been exhausted.  *See* Opinion & Order, Dkt. No. 140, and Injunction, Dkt. No. 141, SDNY Action (collectively, the "SDNY Injunction"), both attached as Exhibit 1.  The Commission accordingly requests that the Court extend the deadline to respond to the plaintiffs' Motion for Preliminary Injunction to and including thirty days after the SDNY Injunction is dissolved.[*]

In light of the SDNY Injunction and the impending deadline to respond to plaintiffs' Motion for Preliminary Injunction, the Commission did not consult with plaintiffs before filing this motion.

Respectfully submitted this 11th day of July, 2018.

                                                Respectfully submitted,

                                                /s/ Matthew S. Ferguson
                                                Attorney for Defendant
                                                Securities and Exchange Commission

---

[*] Alpine filed a notice of interlocutory appeal from the SDNY Injunction shortly after it was entered.  The Second Circuit has not yet docketed the case.

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of July, 2018, I caused the SECOND **MOTION FOR EXTENSION OF TIME** to be served to the following parties entitled to service by the means indicated below:

VIA ECF

Brent R. Baker
Aaron D. Lebenta
Jonathan D. Bletzacker
**Clyde Snow & Sessions**
brb@clydesnow.com
adl@clydesnow.com
jdb@clydesnow.com
Attorneys for Plaintiffs

VIA EMAIL

Maranda E. Fritz
**Thompson Hine**
Maranda.Fritz@thompsonhine.com
Attorney for Plaintiffs

/s/ Matthew S. Ferguson