Matthew S. Ferguson (*Pro Hac Vice*)
fergusonma@sec.gov
Senior Counsel
U.S. Securities and Exchange Commission
100 F Street NE
Mail Stop 9612 SP1
Washington, DC 20549
Tel. 202-551-3840

Amy J. Oliver (8785)
olivera@sec.gov
Attorney for Defendant
Securities and Exchange Commission
351 South West Temple, Suite 6.100
Salt Lake City, Utah 84101
Tel.  801-524-5796
Fax: 801-524-3558

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ALPINE SECURITIES CORPORATION, a Utah corporation, and SCOTTSDALE CAPITAL ADVISORS, an Arizona corporation,<br><br>PLAINTIFFS,<br><br>v.<br><br>SECURITIES AND EXCHANGE COMMISSION,<br><br>DEFENDANT. | [PROPOSED] ORDER GRANTING SECOND MOTION FOR EXTENTION OF TIME<br><br>Case No.:  2:18cv00504-CW<br><br>Judge: Clark Waddoups |

For good cause appearing,

IT IS HEREBY ORDERED that the deadline for Defendant to file a response to the

Plaintiffs' Motion for Preliminary Injunction (Docket No. 6), which was set for July 13, 2018, is

extended to and including thirty (30) days after the injunction issued on July 11, 2018 against the Plaintiffs in *SEC v. Alpine Securities Corp.*, No. 17-cv-4179 (S.D.N.Y.) (Dkt. No. 141) is dissolved.

DATED this _____ day of July 2018.

BY THE COURT:

_____
CLARK WADDOUPS
District Court Judge