IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ALPINE SECURITIES CORPORATION, a Utah corporation, and SCOTTSDALE CAPITAL ADVISORS, an Arizona corporation,<br><br>        PLAINTIFFS,<br><br>v.<br><br>SECURITIES AND EXCHANGE COMMISSION,<br><br>        DEFENDANT. | **ORDER GRANTING DEFENDANT'S MOTION FOR STAY <u>AND</u> DEFENDANT'S SECOND MOTION FOR EXTENSION OF TIME**<br><br>Case No.:  2:18-cv-00504<br>Judge: Clark Waddoups |

      Before the court are Defendant's Motion for Stay of Proceedings, (ECF No. 15) and Defendant's Second Motion for Extension of Time to File Response to Plaintiffs' Motion for Preliminary Injunction, (ECF No. 19).

      On July 3, 2018, Defendant moved this court to "stay proceedings in this case while the U.S. District Court for the Southern District of New York decides whether to enjoin Plaintiffs Alpine Securities Corporation and Scottsdale Capital Advisors from prosecuting this suit." (ECF No. 15 at 1–2.) On July 10, 2018, Plaintiffs filed their Opposition to Defendant's Motion to Stay. (ECF No. 17.) On July 11, 2018, Defendant filed its reply, notifying this court that the court in New York had, on that same day, "granted the Commission's motion . . . ." (ECF No. 18 at 2.) The New York court enjoined Alpine and SCA "from litigating" in this court, and provided that "this injunction shall be dissolved after the conclusion of any appeal from the entry of final judgment" in the New York action. (ECF No. 18-1 at 15–16.)

On July 11, 2018, Defendant also filed its Second Motion for Extension of Time, (ECF No. 19) seeking to extend the deadline to respond to Plaintiffs' Motion for Preliminary Injunction, (ECF No. 6).

In light of the New York Court's ruling, Defendant's Motion for Stay of Proceedings, (ECF No. 15) and Defendant's Second Motion for Extension of Time, (ECF No. 19) are both GRANTED.

IT IS HEREBY ORDERED that further proceedings in this action are STAYED while the SDNY injunction remains in effect. Further, Defendant's deadline to respond to Plaintiffs' Motion for Preliminary Injunction is extended to and including thirty days after the SDNY Injunction is dissolved.

DATED this 12th day of July 2018.

BY THE COURT:

CLARK WADDOUPS
United States District Judge