# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ALPINE SECURITIES CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Defendant. | **ORDER GRANTING PLAINTIFF'S MOTION TO FILE OVERLENGTH MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**<br><br>Case No. 2:18-cv-00504-CW-CMR<br><br>Judge Clark Waddoups<br><br>Magistrate Judge Cecilia M. Romero |

Based upon Plaintiff Scottsdale Capital Advisors' Motion to File an Overlength Memorandum in Opposition (Motion) (ECF 40) to Defendant's Motion to Dismiss (ECF 39), and for good cause appearing,

**IT IS HEREBY ORDERED** that Scottsdale Capital Advisors' Motion is **GRANTED** and its Memorandum in Opposition may include up to 10 additional pages, or 35 pages in total.

DATED this 6 June 2022.

_Cecilia M. Romero_
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah