AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

ALPINE SECURITIES CORPORATION, et al.,

    Plaintiffs,

v.

SECURITIES AND EXCHANGE COMMISSION,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number:  2:18-cv-00504-CW-CMR

IT IS ORDERED AND ADJUDGED

that Defendant's motion to dismiss is **GRANTED** and that the action is **DISMISSED WITHOUT PREJUDICE**. The Clerk of the Court is directed to close the case.

November 5, 2024

Date

BY THE COURT:

_____
Clark Waddoups
United States District Judge